IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Coles, Caleb L | Case Number:  07 B 10002 |
| | Judge:  Wedoff, Eugene R |
| Printed: 10/16/07 | Filed:  6/4/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 30, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,024.00 | 0.00 |
| 2. | Portfolio Recovery Associates | Unsecured | 11.06 | 0.00 |
| 3. | Regional Acceptance | Unsecured | 1,336.39 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 42.50 | 0.00 |
| 5. | M3 Financial Services | Unsecured | 149.09 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 1,054.00 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 44.88 | 0.00 |
| 8. | ER Solutions | Unsecured | | No Claim Filed |
| 9. | Capital One | Unsecured | | No Claim Filed |
| 10. | Air Concepts Inc | Unsecured | | No Claim Filed |
| 11. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 12. | Credit Protection Association | Unsecured | | No Claim Filed |
| 13. | F&W LLC | Unsecured | | No Claim Filed |
| 14. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 15. | Hsbc Nv | Unsecured | | No Claim Filed |
| 16. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 17. | Morehead & Flynn | Unsecured | | No Claim Filed |
| 18. | HSBC Auto Finance | Unsecured | | No Claim Filed |
| 19. | Medical Collections | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 5,661.92 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---:|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Coles, Caleb L

Printed:  10/16/07

Case Number:  07 B 10002
Judge:  Wedoff, Eugene R
Filed:  6/4/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley*